IT IS SO ORDERED.

Dated:  01:37 PM October 10 2006

Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

.

IN THE UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO.: 05-81035 |
|---|---|
| PATRICK, ANTHONY & TOLICIA | ADVERSARY NO. 06-05163 |
| | JUDGE: MARILYN SHEA-STONUM |
| Debtor(s). | |
| | AGREED ORDER |

  This cause came on for consideration upon the Adversary Complaint filed by the Trustee on the above-captioned case. The parties agree and the Court Orders that the Debtors are to turn over the sum of $4,828.38 as and for non-exempt income tax refund monies on the following basis: $300.00 per month beginning November 1, 2006 and the entire remaining balance upon receipt by the Debtors of their 2006 Federal and State income tax refunds, said payment to be made no later than March 31, 2007.

  IT IS SO ORDERED this at Akron, Ohio.

###

APPROVED BY:

RICHARD A. WILSON
Trustee in Bankruptcy

MARK KNEVEL
Attorney for Debtors

### CERTIFICATE OF SERVICE

A copy of the foregoing was sent to the Office of the U.S. Trustee; to Richard A. Wilson, Trustee; to the Debtors' Attorney, Mark K. Knevel, National City Bank Bldg., Suite 519, 629 Euclid Ave., Cleveland, OH 44114; and to the Debtors, Tolicia Patrick, 2064 Case St., Twinsburg, OH 44087, and Anthony Patrick, 1916 Stanford, #2, Twinsburg, OH 44087.